# Court of Appeals
# of the State of Georgia

ATLANTA,   March 28, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0260.  GLORIA VEAL et al. v. DEUTSCHE BANK NATIONAL TRUST COMPANY et al.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling there, Gloria and Robert Veal appealed to the superior court, which likewise ruled against them.  The Veals then appealed directly to this Court, but we dismissed the case due to the Veals' failure to file an application for discretionary appeal.  See A12A1809.  Upon remand, the superior court ordered that funds previously paid into the court's registry be released to Deutsche Bank National Trust Company.  The Veals filed an application for discretionary appeal from that order, which this Court denied.  See A13D0106.  The superior court also entered a writ of possession in favor of Deutsche Bank National Trust Company.  The Veals filed another direct appeal, which we dismissed for failure to follow the discretionary appeal procedure.  See A13A0806.

The Veals then filed a motion in superior court to set aside the judgment and writ of possession entered against them.  The superior court denied that motion in an order entered on January 28, 2013.  Twenty-nine days later, on February 26, 2013, the Veals filed the instant application for discretionary appeal.  We, however, lack jurisdiction.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure.  *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be

filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Because OCGA § 44-7-56 requires a judgment in a dispossessory action to be appealed, whether directly or by application, within seven days of the entry of the final judgment, this application is untimely.  Accordingly, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 03/28/2013
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*